In the Matter of the Claim of HARRY P. SNYDER, Appellant, against GROSBY PRESS, INC., and U. S. CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant appeals from a decision of the State Industrial Board which affirmed the report of a referee disallowing his claim for compensation. The decision of the Board is based solely on the ground that the accidental injuries sustained by claimant did not arise out of and in the course of his employment. Claimant was a salesman and an outside worker. He received his injuries in a restaurant where he frequently met customers, solicited and transacted business. It is quite evident from the record that his claim was denied because at the time he sustained his injuries he was having his lunch and had no prospective customer with him, although he claimed that he was attempting to solicit business from the proprietor of the restaurant. The decision does not indicate that claimant's methods of doing business were fully considered, and is based upon such a narrow premise as to be erroneous as a matter of law. Decision reversed, with costs to claimant, and matter remitted to the State Industrial Board for further consideration. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

In the Matter of the Claim of JENNIE WEIDLAND, Respondent, against NEW YORK ORTHOPÆDIC DISPENSARY AND HOSPITAL and THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award for injury received by claimant in the course of her employment. The evidence sustains the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of HARRY MOOSMAN, Respondent, against YORKDALE PRINTING CO., INC., and NEW YORK PRINTERS & BOOKBINDERS MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer was engaged in the printing business and the claimant was employed as a pressman. On April 18, 1938, while engaged in his regular occupation and while lifting a form weighing about 120 pounds, something snapped in the right side of the back and claimant was caused to suffer a severe strain and injuries in the sacro-iliac region of his back which resulted in the disability for which the award has been made. Many years before and on February 1, 1930, while in the employ of another, claimant sustained an injury to the back in the same general region as the injury which occurred on April 18, 1938. Disability compensation in the sum of $3,641.67 was paid to him for this injury. The claimant recovered from this injury and performed his regular work a number of years previous to the injury of April 18, 1938. There is much medical evidence in the record and a question of fact is present which has been resolved in favor of the claimant. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.